# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>Document signed by Don Hernan de Cortés Marqués del Valle a/k/a Hernando Cortés a/k/a Hernan Cortés on April 27, 1527 | )<br>)<br>)   Case No.   22-MJ-1255-DLC<br>)<br>) |

## APPLICATION FOR A WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of ____New Hampshire____ is subject to forfeiture to the United States of America under   see below   U.S.C. § _____ *(describe the property)*:

Document signed by Don Hernan de Cortés Marqués del Valle a/k/a Hernando Cortés a/k/a Hernan Cortés on April 27, 1527 regarding rose sugar as depicted in attachment A

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

The application is based on these facts:

See Affidavit of Special Agent Geoffrey J. Kelly, Federal Bureau of Investigation.

☑ Continued on the attached sheet.

*Geoffrey Kelly*   DLC
Applicant's signature

Geoffrey J. Kelly, Special Agent
Printed name and title

Attested to by the Applicant in Accordance with the Requirements of Fed.R.Crim.P. 4.1 by Telephone.

Date: 06/29/2022

Judge's signature

City and state: Boston, Massachusetts   Donald L. Cabell, United States Magistrate Judge
Printed name and title