# EXHIBIT 1

REGISTER TO BID

LOGIN

(800) 937-3880    REGISTER TO BID    LOGIN

RR Auction

Search Lots

◉ Upcoming   ○ Past

Search Lots

◉ Upcoming   ○ Past

- Auctions

  - **Calendar**

    - Fine Autograph and Artifacts, Ft. Animation
      Ends on 6/15
    - Remarkable Rarities
      Ends on 6/23
    - Upcoming Auctions
    - Past Auctions
    - Browse Lots

  - **Bidding**

    - Register to Bid
    - How to Bid
    - Past Auction Database
    - View E-Catalogs

  - **Consignments**

    - How to Consign
    - Free Auction Estimate
    - Meet Our Specialists
    - Contact Us

- BidTracker

- Browse Lots

  - **Calendar**

    - Fine Autograph and Artifacts, Ft. Animation (637)
      Ends on 6/15
    - Remarkable Rarities (638)
      Ends on 6/23
    - Upcoming Auctions
    - Past Auctions
    - Browse Lots
      - All Auction Items (865)
      - Featured Lots (45)
      - 20th Century Fox (1)
      - Activists and Social Leaders (13)
      - American Politicians and Leaders (11)
      - American West (4)
      - Art, Architecture, and Design (24)
      - Aviation (4)
      - Businessmen (18)
      - Classic Entertainment (57)
      - Classic Music (13)
      - Comic Art & Animation (239)
      - Declaration of Independence Signers (1)
      - Dic Entertainment (1)
      - Don Bluth (3)
      - Explorers and Archaeologists (5)
      - Eyvind Earle (4)
      - Famous Studios (1)
      - Fleischer Studios (3)
      - Hanna-Barbera Studios (8)
      - Intellectuals (4)
      - Literature (48)
      - Marvel Productions (6)
      - Mary Blair (7)
      - MGM Studios (2)




- Military (38)
- Modern Music (68)
- Notables (205)
- Notorious Figures and Lawmen (7)
- Peanuts (3)
- Presidents and First Ladies (117)
- Religious Figures (11)
- Royalty (25)
- Scientists and Inventors (56)
- Space (37)
- Sports (15)
- Supreme Court (26)
- Titanic and Maritime (1)
- Walt Disney Studios (170)
- Walter Lantz (1)
- Warner Brothers Studios (22)
- World Leaders and Politicians (23)
- Yellow Submarine (2)

- Consign

  - Departments

    - Animation Art
    - Autographs & Manuscripts
    - Hollywood
    - JFK Memorabilia
    - Literature
    - Marvels of Modern Music
    - Military
    - Olympics Memorabilia

    - Pop Culture
    - Presidential
    - Prince Collectibles
    - Remarkable Rarities
    - Royalty
    - Science & Technology
    - Space Exploration
    - Sports Cards & Memorabilia

  - Consignments

    - How to Consign
    - Free Auction Estimate
    - Meet Our Specialists
    - Contact Us

- Contact

  - Media Inquiries

    - Bobby Livingston
      Media@RRAuction.com
      1 (603) 732-4287

  **Stay In The Know**

  Your e-mail

  Subscribe to our newsletter to receive auction updates.

  Subscribe

  - Contact Info

    - Phone:
      1 (800) 937-3880

      International:
      +1 (603) 732-4280

      Customer Service:
      sue.recks@rrauction.com

      Sell: sell@rrauction.com



- Auctions
  - **Calendar**
    - [Fine Autograph and Artifacts, Ft. Animation](#)
      Ends on 6/15
    - [Remarkable Rarities](#)
      Ends on 6/23
    - [Upcoming Auctions](#)
    - [Past Auctions](#)
    - [Browse Lots](#)
  - **Bidding**
    - [Register to Bid](#)
    - [How to Bid](#)
    - [Past Auction Database](#)
    - [View E-Catalogs](#)
  - **Consignments**
    - [How to Consign](#)
    - [Free Auction Estimate](#)
    - [Meet Our Specialists](#)
    - [Contact Us](#)
- [BidTracker](#)
- [Consignments 0](#)
- [Browse Lots](#)
  - **Categories**
    - [All Auction Items (915)](#)
    - [Featured Lots (46)](#)
    - [Music (1)](#)
    - [20th Century Fox (1)](#)
    - [Activists and Social Leaders (14)](#)
    - [American Politicians and Leaders (12)](#)
    - [American West (7)](#)
    - [Apollo 11 (1)](#)
    - [Apple & Steve Jobs (3)](#)
    - [Art, Architecture, and Design (26)](#)
    - [Aviation (4)](#)
    - [Businessmen (20)](#)
    - [Classic Entertainment (60)](#)
    - [Classic Music (13)](#)
    - [Comic Art & Animation (239)](#)
    - [Declaration of Independence Signers (3)](#)
  - 
    - [Dic Entertainment (1)](#)
    - [Don Bluth (3)](#)
    - [Explorers and Archaeologists (5)](#)
    - [Eyvind Earle (4)](#)
    - [Famous Studios (1)](#)
    - [Fleischer Studios (3)](#)
    - [Hanna-Barbera Studios (8)](#)
    - [Intellectuals (4)](#)
    - [Literature (51)](#)
    - [Marvel Productions (6)](#)
    - [Mary Blair (7)](#)
    - [Meteorites (1)](#)
    - [MGM Studios (2)](#)
    - [Military (45)](#)
    - [Modern Music (69)](#)
    - [Notables (205)](#)
  - 
    - [Notorious Figures and Lawmen (9)](#)
    - [Peanuts (3)](#)
    - [Presidents and First Ladies (126)](#)
    - [Project Apollo Hardware and Spacesuit Parts (1)](#)
    - [Religious Figures (11)](#)
    - [Royalty (26)](#)
    - [Scientists and Inventors (60)](#)
    - [Space (40)](#)



- Sports (17)
- Supreme Court (26)
- Titanic and Maritime (1)
- Walt Disney Studios (170)
- Walter Lantz (1)
- Warner Brothers Studios (22)
- World Leaders and Politicians (24)
- Yellow Submarine (2)

○ **Categories**

- All Auction Items (915)
- Featured Lots (46)
- Music (1)
- 20th Century Fox (1)
- Activists and Social Leaders (14)
- American Politicians and Leaders (12)
- American West (7)
- Apollo 11 (1)
- Apple & Steve Jobs (3)
- Art, Architecture, and Design (26)
- Aviation (4)
- Businessmen (20)
- Classic Entertainment (60)
- Classic Music (13)
- Comic Art & Animation (239)
- Declaration of Independence Signers (3)

○
- Dic Entertainment (1)
- Don Bluth (3)
- Explorers and Archaeologists (5)
- Eyvind Earle (4)
- Famous Studios (1)
- Fleischer Studios (3)
- Hanna-Barbera Studios (8)
- Intellectuals (4)
- Literature (51)
- Marvel Productions (6)
- Mary Blair (7)
- Meteorites (1)
- MGM Studios (2)
- Military (45)
- Modern Music (69)
- Notables (205)

○
- Notorious Figures and Lawmen (9)
- Peanuts (3)
- Presidents and First Ladies (126)
- Project Apollo Hardware and Spacesuit Parts (1)
- Religious Figures (11)
- Royalty (26)
- Scientists and Inventors (60)
- Space (40)
- Sports (17)
- Supreme Court (26)
- Titanic and Maritime (1)
- Walt Disney Studios (170)
- Walter Lantz (1)
- Warner Brothers Studios (22)
- World Leaders and Politicians (24)
- Yellow Submarine (2)

- Consign

○ **Departments**

- Animation Art
- Autographs & Manuscripts
- Hollywood
- JFK Memorabilia
- Literature
- Marvels of Modern Music
- Military
- Olympics Memorabilia

○
- Pop Culture




- Presidential
- Prince Collectibles
- Remarkable Rarities
- Royalty
- Science & Technology
- Space Exploration
- Sports Cards & Memorabilia

- Contact

  - Media Inquiries

    - Bobby Livingston
      Media@RRAuction.com
      1 (603) 732-4287

  Stay In The Know

  Your e-mail

  Subscribe to our newsletter to receive auction updates.

  Subscribe

  - Contact Info

    - Phone:
      1 (800) 937-3880

      International:
      +1 (603) 732-4280

      Customer Service:
      sue.recks@rrauction.com

      Sell: sell@rrauction.com

< Back

- Home
- 
- Fine Autograph and Artifacts, Ft. Animation
- 
- Explorers and Archaeologists

# Lot #168
# Hernando Cortes Document Signed

*Incredibly rare payment for "rose sugar" by conquistador Cortes*

.
Click to expand








Next Lot
Ends On 6/15

**Now At: $18,626(22 bids)**

**Next Bid: $20,489**

 Login or Register To Bid Add to BidTracker
Estimate: $30000+

The 30 Minute Rule begins June 15 at 7:00 PM EDT. An Initial Bid Must Be Placed By June 15 at 6:00 PM EDT To Participate After 6:00 PM EDT

Server Time: 6/8/2022 11:51:18 AM EDT
Consign Similar Item Extended Payment
Share:

**Register or Login**

×

**Account Login**

Email or Bidder Number
Password
☑ Remember me
Forgot password?
Login

**Create User Account**

Features include want list creation, accessing past auction archives, and receiving auction alerts.

First Name
Last Name
E-mail Address
Phone Number
Password
Confirm Password
Passwords must meet the following minimum requirements:

- At Least 8 Characters Long With No Spaces Allowed
- At Least One Uppercase & One Lowercase Letter
- At Least One Number & One Of The Special Characters: ! @ ## $ % ^ & *
- *Passwords Are Case-Sensitive.*




 Yes, I want to receive email updates from RR

Register

## Description

*Incredibly rare payment for "rose sugar" by conquistador Cortes*

Spanish conquistador (1485-1547) who initiated the conquest of the Aztec Empire on behalf of King of Castile and Holy Roman Emperor Charles V, and, in so doing, assumed an instrumental role in the first phase of the Spanish colonization of the Americas. Excessively rare manuscript DS in Spanish, signed "Hernando Cortes," one page, 8.5 x 6, April 27, 1527. Document issued to his majordomo, Nicolas de Palacios Rubios, instructing him to give to Maestre Francisco twelve gold pesos for certain pink sugar that he is carrying for the pharmacy and to take note for his accounts. In full (translated): "Palacyos Rubyos: give Master Francisco twelve gold pesos, of the gold that is circulating, which are for a certain rose sugar for the apothecary that he keeps, and get a receipt for your discharge. Done on the 27th of April of the year 1527."

The reverse bears a handwritten receipt acknowledging fulfillment of the request, in full (translated): "I, Master Francisco, received from you, Palasio Rubios, the twelve gold pesos referred to on the other side, and they are for the rose sugar. And I signed it with my name as the truth, today, the 13th of May of the year 1527." Docketed along the edge and verified by Cortes's 'witness of assistance.' In fine condition. The consignor notes that this document was displayed in a museum in the Midwest for over 20 years.

Cortes arrived in Mexico in 1519, and spent the next two years overthrowing Moctezuma and his Aztec Empire to claim Mexico for Spain. Recognizing his success, King Charles V appointed Cortes as governor, captain general, and chief justice of the newly conquered territory, dubbed 'New Spain of the Ocean Sea.' By the time of this document, Cortes had fallen out of favor with the king and been suspended from his role as governor. Facing increasing opposition from enemies, he would return to Spain in 1528. In the meantime, he built a fleet that sailed to Indonesia in search of survivors from ships lost during Ferdinand Magellan's attempt to circumnavigate the globe: they found a single survivor on one of the Moluccas. A fascinating and significant document, boasting an extremely rare autograph—it is just the second we have ever offered. This is a superb example from a figure whose exploits changed the face of the globe—and, indeed, civilization as a whole.

## Auction Info

- **Auction Title:** Fine Autograph and Artifacts, Ft. Animation
- **Dates:** May 20, 2022 - June 15, 2022

---

**This item is Pre-Certified by PSA/DNA**
Buy a third-party letter of authenticity for (inquire for price)

*This item has been pre-certified by a trusted third-party authentication service, and by placing a bid on this item, you agree to accept the opinion of this authentication service. If you wish to have an opinion rendered by a different authenticator of your choosing, you must do so prior to your placing of any bid. RR Auction is not responsible for differing opinions submitted 30 days after the date of the sale.

**Agree to RR Auction Bidding Terms**

×

**Auction Details:**

Auction Title: Fine Autograph and Artifacts, Ft. Animation (# 637)

An Initial Bid Must Be Placed By June 15 6:00 PM EDT To Participate After 06:00 PM EDT

30 Minute Rule Begins June 15 7:00 PM EDT

☐ I have read and agree to RR Auction's Terms and Conditions

Start Bidding!

**Register or Login**

×

**Account Login**



Email or Bidder Number
Password

 Remember me
Forgot password?

Login

**Create User Account**

Features include want list creation, accessing past auction archives, and receiving auction alerts.


First Name
Last Name



E-mail Address
Phone Number
Password
Confirm Password

Passwords must meet the following minimum requirements:

- At Least 8 Characters Long With No Spaces Allowed
- At Least One Uppercase & One Lowercase Letter
- At Least One Number & One Of The Special Characters: ! @ ## $ % ^ & *
- *Passwords Are Case-Sensitive.*

☑ Yes, I want to receive email updates from RR

Register

## Auction Calendar

- Jun 15
- Jun 23
- Jul 13
- Jul 21
- Aug 10
- Aug 18
- Aug 18

- Sep 14
- Sep 22
- Oct 12
- Oct 20
- Nov 09
- Nov 17
- Dec 07
- Dec 15

## Get In Touch

Phone: 1 (800) 937-3880

International: +1 (603) 732-4280

Customer Service: sue.recks@rrauction.com

Sell: sell@rrauction.com

## Stay In The Know

Your e-mail

Subscribe to our newsletter to receive auction updates.

Subscribe

## Departments

- Animation Art
- Autographs & Manuscripts
- Hollywood
- JFK Memorabilia
- Literature
- Marvels of Modern Music
- Military
- Olympics Memorabilia

- Pop Culture
- Presidential
- Prince Collectibles
- Remarkable Rarities
- Royalty
- Science & Technology
- Space Exploration
- Sports Cards & Memorabilia

## About Us

- Our History
- Meet The Team
- RR Specialists
- Terms & Conditions



My Account



- Register to Bid
- BidTracker
- Profile
- Consignments

6/8/2022 11:51:18 AM EDT

Copyright © 2002-2022 RR Auction. All rights reserved. | Terms & Conditions | Privacy Policy

We use cookies on this site to improve your experience. By using this site, you accept our use of cookies. To learn more, please see our Privacy Policy.





